THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* LEROY DEE, Petitioner-Appellant.

(No. 11763; ▮▮▮▮▮▮)

Fourth District—September 20, 1972.

Opinion by Mr. JUSTICE SIMKINS.

John F. McNichols, of Defender Project, of Springfield, for appellant.

Everett Laury, State's Attorney, of Danville, for the People.